| Date | No. | Description |
|---|---|---|
| 5/26/70 | | ORDER TO SHOW CAUSE AND NOTICE OF HEARING - 6/26/70, Washington, D.C. Copies (certified, return receipt) to counsel; involved judges; hearing clerk. |
| 6/8/70 | | Request for extension of time by Texfi Industries, Blanchard, Madison Throwing Co., Jonathan Logan, Olympia Mills, Schwarzenbach Huber Co., Duplan, Burlington, ~~United Merchants~~, Leon-Ferenbach, Spring-Tex. Frank IX & Sons |
| 6/8/70 | | Request for extension of time by Deering Milliken |
| 6/8/70 | | Order granting ext. of time to & incl. 6/15 for all responses to SCO. |
| 6/10/70 | | Ltr. advising of two errors in 6/8/70 req. for ext. of time. for several parties |
| 6/11/70 | | FILED AMENDED ORDER-to include the C.A. No. C-116-G-70 to the 5/26/70 Show Cause and Notice of Hearing. Sent to all counsel, involved judge, court reporter and hearing Clerk. |
| 6/15/70 | 1 | Response of Ateliers Roannais de Contructions Textiles. |
| 6/15/70 | 2 | Response/Brief of Deering Milliken w/ counsel's affidavit & supplement to Brief; proof of service. |
| 6/15/70 | | FILED AMENDED ORDER-to include the following Civil Actions: No. 70-385, 70-493, 70-391, 70-386, 70-14, 70-358 and 70-295, District of S.Car. Sent to involved judge, hearing clerk, court reporter and to ALL COUNSEL. |
| 6/16/70 | 3 | Response of Duplan, Schwarzenbach Huber Co., Frank IX & Sons., Texfi Induttries, Jonathan Logan, Inc., Olympia Mills, Leon-Ferenbach, Spring-Tex, Burlington Industries, Inc., Madison Throwing Co., Blanchard Yarn Co. |
| 6/17/70 | 4 | Response of Defendant ARCT, Inc. |
| 6/19/70 | | FILED AMENDED ORDER to include C.A. No. C-123-G-70 to the 5/26/70 Show Cause and Notice of Hearing. ORDER. Sent to All Counsel, involved judge, and hearing Clerk. |
| 6/22/70 | 5 | Reply Brief & Reply Affidavit of Deering Milliken Research Corp. |
| 6/23/70 | 6 | Response of Arct, Inc., to Brief of Deering Milliken |
| 6/26/70* | 7 | Filed letter advising Panel that ARCT, Inc. will not be represented at 6/26/70 hearing. |
| 6/25/70** | 8 | Response by Pl. Deering Milliken Research Corp. |
| 6/26/70 | 9 | Reply Brief of Duplan, et al and Operators of ARCT Machines & Supplement. |
| 7/2/70 | 10 | Filed Answer of Def. Deering Milliken to pending motion to transfer, and Supplemental reply affidavit and certificate of service. |
| 6/25/70 | 11 | Letter re: Reliable Silk Dyeing Co., Inc. (dtd. 6/22/70) |
| ~~8/21/70~~ | | OPINION & ORDER FILED denying transfer of litigation - Opinion mailed to all counsel, clerks in which actions were pending, interested judges, members of the Panel and to hearing clerk and publishers. |

*328 F.Supp. 504*

DOCKET NO. 49

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

DEERING MILLIKEN PATENT LITIGATION

*NT - 7/31/70*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Duplan Corporation v. Deering Milliken, Inc., et al. | S.D. N.Y. 69 Civ 5197 | Edelstein | | Tr. to S.C. by J. Edelst 10/15 on 1404(a) mot. |
| A-2 | Deering Milliken Research Corp. v. Schwarzenbach Huber Co. | W.D. Virginia 69-C-15-H(c) | Dalton | | |
| A-3 | Deering Milliken Research Corp. v. Frank IX and Sons Virginia Corp. | W.D. Virginia 69-C-10-C | Dalton | | |
| A-4 | Deering Milliken Research Corp. v. Textured Fibres, Inc., et al. | S. Carolina 68-705 | Russell | | Spartanburg Division |
| A-5 | Deering Milliken Research Corp. v. Blanchard Yarn Company, Inc. | S. Carolina 69-777 | " | | " |
| A-6 | Deering Milliken Research Corp. v. Duplan Corp., et al. | S. Carolina 69-1096 | " | | " |
| A-7 | Deering Milliken Research Corp. v. Spring-Tex, Inc. | S. Carolina 70-250 | " | | " |
| A-8 | Throwing Corporation of America v. Deering Milliken Research Corp., et al. | M.D. N.C. C-140-G-68 | Stanley | | " (1/29/71) |
| A-9 | Textured Fibers, Inc. v. Deering Milliken Research Corp., et al. | M.D. N.C. C-141-G-68 | " | | " (1/29/71) |
| A-10 | Schwarzenbach-Huber Co. v. Deering Milliken Research Corp., et al. | M.D. N.C. C-70-G-70 | " | | " (1/29/71) |
| A-11 | Spring-Tex, Inc. v. Deering Milliken Research Corp., et al. | M.D. N.C. C-85-G-70 | " | | " (1/29/71) |
| A-12 | Leon-Ferenbach Inc. v. Deering Milliken Research Corp., et al. | M.D. N.C. C-88-G-70 | " | | |
| A-13 | Jonathan Logen, Inc. v. Deering Milliken Research Corp., et al. | M.D. N.C. C-90-G-70 | " | | |
| A-14 | Olympia Mills, Inc. v. Deering Milliken Research Corp., et al. | M.D. N.C. C-93-G-70 | " | | |
| A-15 | Burlington Industries, Inc. v. Deering Milliken Research Corp., et al. | M.D. N.C. C-105-G-70 | " | | |
| A-16 | Madison Throwing Company, Inc. v. Deering Milliken Research Corp., et al. | M.D. N.C. C-106-G-70 | " | | |

CONTINUED

## Description of Litigation

DEERING MILLIKEN PATENT LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-17 | Frank IX & Sons Virginia Corp. v. Deering Milliken Research Corp., et al. | M.D. N.C. C-116-G-70 | Stanley | | |
| B-1 | Deering Mulliken Research Corp. v. Butte Knitting Mills | S. Carolina 70-385 | Russell | | |
| B-2 | Deering Milliken Research Corp. v. Frank IX § Sons Virginia Corporation | S. Carolina 70-493 | " | | |
| B-3 | Deering Milliken Research Corp. v. Hemmerich Industries, Inc. | S. Carolina 70-391 | " | | |
| B-4 | Deering Milliken Research Corp. v. Leon-Ferenbach, Inc. | S. Carolina 70-386 | " | | |
| B-5 | Deering Milliken Research Corp. v. Madison Throwing Company | S. Carolina 70-14 | " | | |
| B-6 | Deering Milliken Research Corp. v. Olympia Mills, Inc. | S. Carolina 70-358 | " | | |
| B-7 | Deering Milliken Research Corp. v. The Schwarzenbach Huber Company | S. Carolina 70-295 | " | | |
| B-8 | Blanchard Yarn Company, Inc. v. Deering Milliken Research Corp., et al. | M.D. N.C. C-123-G-70 | Stanley | | |
| C-1 | TAG-ALONG CASES - Texelastic Corp. v. Deering Milliken Research Corp., et al | M.D. N.C. C-155-G-70 | | | |
| C-2 | National Spinning Co., Inc. v. ARCT, Inc. et al | M.D. N.C. C-159-G-70 | | | |
| C-3 | Hemmerich Industries, Inc. v. Deering Milliken Research Corp., et al | M.D. N.C C-163-G-70 | | | |
| C-4 | United Merchants & Manufacturers, Inc. v. Deering Milliken Research Corp., et al | M.D. N.C. C-177-G-70 | | | |

DOCKET NO. 49

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

DEERING MILLIKEN PATENT LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| C-5 | Deering Milliken Reserach Corp. v. Tex-Elastic Corp. | S. C. 70-622 | Russell | | |
| C-6 | Deering Milliken Resrarch Corp. v. Lawrence Texturing Corp. | S. C. 70-628 | " | | |
| C-7 | Deering Milliken Research Corp. v. National Spinning Corp. | S. C. 70-677 | " | | |
| C-8 | Deering Milliken Research Corp. v. United Merchants & Manufacturing Inc. | S. C. 70-683 | " | | |

DOCKET NO. 49

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DEERING MILLIKEN PATENT LITIGATION

| No. | Plaintiff | Deering Milliken Research Corp / Simon H. Rifkind |
|---|---|---|
| A-1 | Willkie, Farr & Gallagher<br>1 Chase Manhattan Plaza<br>New York, New York 10005 | Paul, Weiss, Goldberg, Rifkind, Wharton & Garrison<br>345 Park Avenue<br>New York, New York 10022 |
| A-2<br>A-3 | Same as A-1 Def. (Paul, Weiss firm) | Robert E. Taylor, Esquire<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, New York |
| A-4 | Thomas A. Evins, Esquire<br>Post Office Box 1903<br>Spartanburg, South Carolina 29301<br><br>Robert F. Conrad, Esquire<br>Kurt Shaffert, Esquire<br>815 Connecticut Avenue, N.W.<br>Washington, D. C. 20006<br><br>Also, same as A-1 Def. (Paul,Weiss firm) | Edward P. Perrin, Esquire<br>Post Office Box 526<br>Spartanburg, South Carolina 29301<br><br>Smith, Moore, Smith, Schell & Hunter<br>Seventh Floor, Jefferson Standard Bld.g<br>Post Office Drawer G<br>Greensboro, North Carolina 29402<br><br>Pell & Leviness<br>375 Park Avenue<br>New York, New York 10022 |
| A-5 | Same as A-4 above (Evins) | Same as A-4 above (Perrin)<br><br>McNeil Smith, Esquire<br>Post Office Drawer G<br>Greensboro, North Carolina 27402 |
| A-6 | Same as A-4 above (Evins)<br>Also, Same as A-1 above (Paul,Weiss firm) | Burlington Industries, Inc.<br>O. G. Calhoun, Esquire<br>Post Office Box 2048<br>Greenville, South Carolina 29602<br><br>United Merchants & Manufacturers, Inc.<br>Alvin K. Hellerstein, Esquire<br>Stroock, Stroock & Lavan<br>61 Broadway<br>New York, New York 10006<br><br>Fletcher C. Mann, Esquire<br>217 E. Coffee Street<br>Greenville, South Carolina 29602<br><br>continued |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-6 | ---- continued ------ | Duplan Corporation<br>  Paul B. Bell, Esquire<br>  Charles B. Park, III, Esquire<br>  Johnston Building<br>  Charlotte, North Carolina 28202<br><br>  Mark F. Hughes, Esquire<br>  Anthony F. Phillips, Esquire<br>  1 Chase Manhattan Plaza<br>  New York, New York 10005 |
| A-7 | Same as A-4 above (Evins)<br>Also, same as A-1 above (Paul, Weiss firm) | |
| A-8<br>A-9 | Same as A-5 Def. above (McNeill Smith) | Deering Milliken Research Corp.<br>  Norman Block, Esquire<br>  A. L. Meyland, Esquire<br>  500 West Friendly Avenue<br>  Greensboro, North Carolina 27402<br><br>Arct, Inc.<br>  Arthur O. Cooke, Esquire<br>  628 Jefferson Building<br>  Greensboro, North Carolina 27401<br><br>Ateliers Roannais de Constructions Textil(e)<br>  William B. Rector, Jr., Esquire<br>  Post Office Box 958<br>  Greensboro, North Carolina |
| A-10 | Paul B. Bell, Esquire<br>Parrott, Bell, Seltzer, Park & Gibson<br>1301 Johnston Building<br>Charlotte, North Carolina 28202<br><br>Same as A-2 & A-3 Def. above<br>    (Weil, Gotshal & Manges firm)<br><br>Robert E. Taylor, Esquire<br>Taylor, Michie & Callaghan<br>601 East Market Street<br>Charlottesville, Virginia 22901 | Moulinage Et Retorderie De Chavanoz<br>  Same as A-8 & A-9 above - Deering Milli(ken)<br>    Norman Block, Esq.    (Address<br>    A. L. Meyland, Esquire  as above)<br><br>ATELIERS ROANNAIS de CONSTRUCTIONS TEXTILE(S)<br>  Granville M. Brumbaugh, Esquire<br>  Brumbaugh, Graves, Donohue & Raymond<br>  90 Broad Street<br>  New York, New York 10004 |
| A-11 | Same as A-5 Def. Above (McNeill Smith)<br><br>David Rabin, Esquire<br>305 North Edgeworth Street<br>Greensboro, North Carolina 27402 | |
| A-12 | Same as A-5 Def. above (McNeill Smith) | |
| A-13<br>A-14 | Same as A-10 above (Bell)<br>"    "    "    " | |
| A-15<br>A-16 | Thornton H. Brooks, Esquire<br>440 W. Market Street<br>Greensboro, North Carolina 27402 | |

DOCKET NO. **49**

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DEERING MILLIKEN PATENT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-17 | Same as A-10 (Bell) | Same as A-8 and A-9 |
| B-1 | Same as A-4 (Evins) | Same as A-6 (Mann) and A-10 (Bell) |
| B-2 | Same as A-4 (Evins) | |
| B-3 | Same as A-4 (Evins) | |
| B-4 | Same as A-4 (Evins) | Same as A-6 (Calhoun) |
| B-5 | Same as A-4 (Evins) | John W. Malley<br>Paul N. Kokulis<br>Cushman, Darby & Cushman<br>730 -15 St., N.W.<br>Washington, D.C. 20005 |
| B-6 | Same as A-4 (Evins) | Same as A-6 (Mann and A-10 (Bell |
| B-7 | Same as A-4 (Evins) | Same as A-6 (Mann and A-10 (Bell) |
| B-8 | Same as A-5 def (Smith) | Same as A-5 pl. (Evins) |
| C-1 | Same as A-11 (Rabin) | |
| C-2 | Same as A-15 (Brooks) & Same as B-5 def. (Malley) | |
| C-3 | Same as A-11 (Rabin) | |
| C-4 | Same as A-10 (Bell) | |
| C-5 | Same as A-4 (Evins) | Same as A-4 (perrin); also<br>    Same as pl. A-11 (Rabin) |
| C-6 | Thomas A. Evins (Same as A-4) | Fletcher C. Mann, Esquire<br>Leatherwood, Walker, Todd & Mann<br>217 E. Coffee Street<br>Greenville, South Carolin a |
| C-7 | Same as A-4 (Evins) | Same as A-6 (Calhoun) |
| C-8 | Same as A-4 (Evins) | Same as C-6 (Mann); also A-10 (Bell)) |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | THE DUPLAN CORPORATION |
| | | THE SCHWARZENBACH HUBER CO. |
| | | FRANK IX & SONS, VIRGINIA CORP. |
| | | TEXFI INDUSTRIES, INC. |
| | | JONATHAN LOGAN, INC. |
| | | OLYMPIA MILLS, INC. |
| | | LEON-FERENBACH, INC. |
| | | SPRING-TEX, INC. |
| | | BURLINGTON INDUSTRIES, INC. |
| | | MADISON THROWING CO. |
| | | BLANCHARD YARN CO. |
| | | McNeill Smith, Esquire |
| | | Smith, Moore, Smith, Schell & Hunter |
| | | 700 Jefferson Building |
| | | Greensboro, N.C. 27402 |